UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| EDUARDO ACALA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAFEWAY SCAFFOLDING,<br><br>　　　　Defendant. | No. C-06-4370 SC<br><br>ORDER GRANTING PLAINTIFF'S <u>MOTION TO REMAND</u> |

　　　Plaintiff Eduardo Acala moves the Court to remand this action to the Superior Court of the State of California for the City and County of San Francisco. Defendant Safway Services, Inc., erroneously sued herein as Safeway Scaffolding, has not opposed the motion.

　　　Plaintiff and Defendant both agree that the Complaint filed in Superior Court, as amended, includes a California citizen corporation, M.A. Lindquist Co., as a defendant. <u>See</u> Memorandum of Points and Authorities in Support of Motion for Remand ("Pl.'s Mem.") at 2; Defendant's Non-Opposition to Motion for Remand at 3 ("Def.'s Non-Opp.")  They therefore also agree that the Court's

1  diversity jurisdiction under 28 U.S.C. § 1332 is thereby
2  destroyed.  <u>See</u> Pl.'s Mem. at 4; Def.'s Non-Opp. at 3.
3      The only point of contention between the parties is whether
4  Defendant's counsel improperly refused to stipulate to a remand at
5  some earlier point.  Pl.'s Mem. at 2-3; Def.'s Non-Opp. at 2-3.
6  Plaintiff has not yet made a motion for sanctions; rather,
7  Plaintiff's counsel has submitted a declaration in reply to
8  Defendant's Non-Opposition which vaguely requests the Court "to
9  retain jurisdiction of this matter so plaintiff can file a motion
10 for sanctions."  Declaration of Plaintiff's Counsel William E.
11 Weiss in Reply to Defendant's Statement of Non-Opposition at 3.
12 The Court declines the invitation.
13     From the submissions of both parties, it appears that the
14 parties' failure to reach an agreement to stipulate to a remand
15 was the result of one part sloppiness, one part vacation
16 arrangements, and one part needless aggressiveness by the
17 attorneys.  While it is unfortunate that resources of the Court
18 and the attorneys have been consumed as a result, there is no
19 basis for sanctioning either party or their respective counsel.
20     For the foregoing reasons, Plaintiff's motion to remand is
21 GRANTED, and Plaintiff's vague suggestion of sanctions is DENIED.

23     IT IS SO ORDERED.
24     Dated: August 29, 2006

_____
UNITED STATES DISTRICT JUDGE

2